SIDNEY H. KRONGOLD, Respondent, v. MAX GREEN, Appellant.— Judgment reversed upon the law and the facts, with costs, and judgment directed for the defendant dismissing the complaint, with costs, upon authority of *Green* v.

---

* See *ante*, p. 832.— [REP.

*Krongold* (*ante*, p. 840), decided herewith. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings will be made. Young, Hagarty, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.